# UNITED STATES DEPARTMENT OF STATE, BUREAU OF CONSULAR AFFAIRS, et al. v. LEGAL ASSISTANCE FOR VIETNAMESE ASYLUM SEEKERS, INC., et al.

No. 95–1521. Argued October 15, 1996—Decided October 21, 1996

*Deputy Solicitor General Kneedler* argued the cause for petitioners. With him on the briefs were *Acting. Solicitor General Dellinger, Assistant Attorney General Hunger, Paul R. Q. Wolfson, Michael Jay Singer,* and *Robert M. Loeb.*

*Daniel Wolf* argued the cause for respondents. With him on the briefs were *William R. Stein* and *Robert B. Jobe.*

PER CURIAM.

The judgment is vacated, and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit for further consideration in light of § 633 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (enacted as Division C of the Omnibus Consolidated Appropriations Act, 1997, Pub. L. 104–208, 110 Stat. 3009–701).